No. 504. CONTINENTAL & COMMERCIAL TRUST & SAVINGS BANK *v.* WILHELMINA WERNER ET AL. Error to the Supreme Court of the State of Idaho. Argued April 11, 1924. Decided April 14, 1924. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Spencer* v. *Duplan Silk Co.,* 191 U. S. 526, 530; *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. Petition for certiorari denied. *Mr. Edward A. Walters,* with whom *Mr. Oliver O. Haga* and *Mr. R. P. Parry* were on the brief, for plaintiff in error. *Mr. W. G. Bissell,* with whom *Mr. Wm. W. Ray* and *Mr. M. F. Ryan* were on the brief, for defendants in error.

---

No. 432. LOUISVILLE & NASHVILLE RAILROAD COMPANY *v.* GARFIELD LADNER. Error to the Supreme Court of the State of Mississippi. Motion to dismiss submitted April 14, 1924. Decided April 21, 1924. *Per Curiam.* Affirmed upon the authority of *Central Vermont Ry. Co.* v. *White,* 238 U. S. 507, 515; *Minneapolis, etc., R. R. Co.* v. *Bombolis,* 241 U. S. 211; *Dickinson* v. *Stiles,* 246 U. S. 631. *Mr. W. J. Gex,* for defendant in error, in support of the motion. *Mr. Gregory L. Smith,* for plaintiff in error, in opposition to the motion.